IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:07CR00347-002(TLW) |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **KHAYREE LAMARR WILSON** | ) | |
| | ) | |

It appearing to the Court that Sheldon Wilson posted with the Clerk of this Court the sum of One Thousand and no/100 dollars ($1,000.00) as bond, Receipt Number: SC40000-7616, in the above captioned case and it further appearing to the Court that by Order filed August 21, 2012, the defendant's previously imposed term of supervised release was revoked.

IT IS HEREBY ORDERED that the cash bond presently being held by the Clerk of this Court in the above captioned case be released to Sheldon Wilson.

IT IS SO ORDERED.

_Terry L. Wooten_
Terry L. Wooten
UNITED STATES DISTRICT JUDGE

Florence, South Carolina

October 2, 2012